United States District Court
for the
Northern District of New York
Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Darnell Williams, Jr.       Case Number: 5:03CR00417-001

Name of Sentencing Judicial Officer:   Honorable Howard G. Munson, Senior U.S. District Judge

Date of Original Sentence: November 12, 2004

Original Offense: Possession with Intent to Distribute and Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1)

Original Sentence: 26 Months Imprisonment, 3 Years Supervised Release

Type of Supervision: Supervised Release       Date Supervision Commenced: May 26, 2006

Asst. U.S. Attorney: Ransom Reynolds       Defense Attorney: Lisa Peebles

## PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | <u>General Condition #1: While on supervised release, you shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance:</u> On June 15, 2006, Williams was arrested by the Syracuse Police Department and charged with Criminal Possession of Marijuana, 5th Degree, a Class B Misdemeanor, Unlawful Possession of Marijuana, a Violation, and Criminal Possession of Stolen Property, 5th Degree, a Class A Misdemeanor. According to the police report, authorities stopped Williams because he fit the description of a suspect involved in a local robbery incident. Authorities searched the defendant and discovered a greenish brown plant like material on his person. The |

Prob 12C                                -2-                     Petition for Warrant or Summons
                                                                 for Offender Under Supervision

Name of Offender: Darnell Williams, Jr.          Case Number: 5:03CR00417-001

>material tested positive for marijuana. Additionally, the license plates on the defendant's vehicle were stolen. The defendant was placed under arrest and transported to the Onondaga County Justice Center. On June 16, 2006, Williams was released on his own recognizance. This case is currently pending in Syracuse City Court. This information is based on police reports obtained from the Syracuse Police Department and verbal confirmation from a representative at Syracuse City Court. (Grade C Violation)

2.  Standard Condition #7: You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician: On June 15, 2006, Williams was arrested by the Syracuse Police Department and charged with Criminal Possession of Marijuana, 5th Degree, a Class B Misdemeanor and Unlawful Possession of Marijuana, a Violation. According to the police report, authorities stopped Williams because he fit the description of a suspect involved in a local robbery incident. Authorities searched the defendant and discovered a greenish brown plant like material in the pocket of his pants. The material tested positive for marijuana. This information is based on police reports obtained from the Syracuse Police Department. (Grade C Violation)

U.S. Probation Officer Recommendation:

The term of supervision should be:

   [X]  Revoked
   [ ]  Extended for  year(s), for a total term of  years.

[ ]  The conditions of supervision should be modified as follows:

Respectfully submitted,

PAUL W. DeFELICE
Chief U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 27, 2006

Approved by: *Lori Albright*     by: *Genevieve V. DeBlois*

LORI ALBRIGHT     GENEVIÈVE V. DeBLOIS
Supervising U.S. Probation Officer     U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[✓]  **The Issuance of a Summons**
[ ]  Other
[ ]  The Issuance of a Warrant. This petition and all documents attached hereto are **SEALED** until such time as the warrant generated by this petition is returned executed.

The District Court Clerk's Office is hereby **ORDERED NOT** to serve a copy of this petition or any of the attached documents upon anyone EXCEPT that a copy is to be served upon law enforcement personnel. Copies shall be served upon the unsealing of the petition.

_____
Signature of Judicial Officer

8/21/06
Date